IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

**FILED**
ASHEVILLE, N.C.

SEP 1 2 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY LEE CHILDERS | ) | 1:07cr69-05 |

## ORDER

The matter came before the Court on defendant's motion to be admitted to an inpatient facility (docket no. 163).

For the reasons stated from the Bench,

It is hereby **ORDERED** that a ruling on defendant's motion is **DEFERRED** pending further investigation by the Probation Office into the suitability of the proposed inpatient medical facility in accordance with the instructions from the Bench.

The Clerk is directed to send a copy of this Order to the Marshal's Service, the Probation Office and all counsel of record.

September 11, 2007
Alexandria, VA

T. S. Ellis, III
United States District Judge