IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR69-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEFFREY CHILDERS. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the direction of the district court, which has, *sua sponte*, determined that the court's Plea Deadline should be dissolved in this particular matter and has directed entry of this Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Plea Deadline is **DISSOLVED**.

_____
Dennis L. Howell
United States Magistrate Judge

Signed: November 13, 2007